IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:17-CR-198-A |
| ANTHONY WELCH (03) | |

## FACTUAL RESUME

**INDICTMENT:**  Count One: Conspiracy to Possess with Intent to Distribute a Controlled Substance (methamphetamine) (in violation of 21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

**PENALTY:** $10,000,000 fine - not less than 10 years' imprisonment and not more than a life term of imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 5 years.

**MAXIMUM PENALTY:**
$10,000,000 fine and not less than ten (10) years nor more than a life term of imprisonment, plus a term of supervised release of not less than 5 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

**ELEMENTS OF THE OFFENSE:**
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Indictment are as follows:

First:   That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the indictment;

Second:   That the defendant knew of the unlawful purpose of the agreement;

Third:   That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

**Factual Resume - Page 1**

Fourth: That the overall scope of the conspiracy involved at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

STIPULATED FACTS:

In 2014 and 2015, Anthony Ray Welch received multi-ounce quantities of methamphetamine from Alisha Feeney, Brian Brown, and ~~Mandy Turner~~, often on consignment. In turn, Anthony Ray Welch distributed methamphetamine to various customers in the Fort Worth, Texas area, returning to Alisha Feeney, Brian Brown, and ~~Mandy Turner~~ for additional methamphetamine. In this manner, Anthony Ray Welch, Alisha Feeney, Brian Brown, and ~~Mandy Turner~~ conspired with each other and others to possess with intent to distribute more than 500 grams of methamphetamine.

SIGNED this 10th day of October, 2017.

_____          _____
ANTHONY WELCH                      PIA LEDERMAN
Defendant                          Counsel for Defendant

Factual Resume - Page 2